396 A.2d 823

Commonwealth v. Gregorini, Appellant.

Argued October 24, 1978. Lee P. Symons, for appellant; Salvatore F. Panepinto, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.